## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:22cv133-HSO-BWR** |
| | § | |
| | § | |
| **VJ PROPERTIES PASCAGOULA, LLC** | § | **DEFENDANT** |

### DEFAULT JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Century Surety Company against Defendant VJ Properties Pascagoula, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201, there is no coverage under the terms, conditions, exclusions, definitions, and other provisions of Plaintiff Century Surety Company's commercial insurance policy, designated as Policy No. CCP 914658, issued to Defendant VJ Properties Pascagoula, LLC, for its claims arising out of the damage suffered to its insured property in Pascagoula, Mississippi, due to Hurricane Zeta on October 29, 2020, and Plaintiff Century Surety Company does not owe any payments to Defendant VJ Properties Pascagoula, LLC as a result of that damage to the insured property.

**SO ORDERED AND ADJUDGED**, this the 1st day of September, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE